BEFORE THE SECOND DIVISION, OCTOBER 25, 1956

**No. 60302.**—Rivoli Scarf & Novelty Co. and Dorf International, Ltd. *v.* United States, protest 237619–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles of silk wearing apparel, composed wholly or in chief value of silk, withdrawn from warehouse on or after June 6, 1951, the claim of the plaintiffs was sustained.